**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00027-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

R. KIRK MCDONALD,

    Petitioner,

v.

NATIONAL TITLE CLEARING INC.,

    Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

Petitioner has submitted to the court a document titled "Petitioner Reed Kirk McDonald, Ex Parte Motion for Show Cause" (ECF No. 1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the complaint is deficient as described in this order.  Petitioner will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner

(8)   <u>xx</u>   is not on proper form (must use the court's current form)
(9)   <u>  </u>   names in caption do not match names in caption of complaint, petition or habeas application
(10)  <u>  </u>   other: _____.

**Complaint, Petition or Application**:
(11)  <u>  </u>   is not submitted
(12)  <u>xx</u>   is not on proper form
(13)  <u>  </u>   is missing an original signature by the prisoner
(14)  <u>  </u>   is missing page nos. ___
(15)  <u>  </u>   uses et al. instead of listing all parties in caption
(16)  <u>  </u>   names in caption do not match names in text
(17)  <u>  </u>   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  <u>  </u>   other: _____.

Accordingly, it is

    ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that Petitioner shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

    FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

    DATED January 14, 2015, at Denver, Colorado.

                                     BY THE COURT:

                                     s/ Gordon P. Gallagher
                                     United States Magistrate Judge