IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00027-GPG

R. KIRK McDONALD,

    Petitioner,

v.

NATIONWIDE TITLE CLEARING INC., a Florida corporation, and
ERIKA LANCE, individually and in her official capacity as employee/supervisor for
    Nationwide Title Clearing Inc.,

    Respondents.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Chief Judge Marcia S. Krieger and to Magistrate Judge Michael E. Hegarty. Accordingly, it is

    ORDERED that this case shall be assigned to Chief Judge Marcia S. Krieger and to Magistrate Judge Michael E. Hegarty pursuant to D.C.COLO.LCivR 40.1(c)(1).

    DATED February 5, 2015, at Denver, Colorado.

                                                  BY THE COURT:

                                                  S/ Gordon P. Gallagher

                                                  United States Magistrate Judge