IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00027-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

NATIONWIDE TITLE CLEARING, INC., and
ERIKA LANCE, individually and in her official capacity as employee/supervisor for Nationwide Title Clearing, Inc.,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2015.**

    Plaintiff's Motion for Partial Default Judgment [filed April 2, 2015; docket #25] is **denied without prejudice.** The Clerk of the Court declined to enter default in this case [docket #26].