IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00027-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

NATIONWIDE TITLE CLEARING, INC., and
ERIKA LANCE, individually and in her official capacity as employee/supervisor for Nationwide Title Clearing, Inc.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2015.**

Upon further review of the pending Motions in the above-captioned case, the Court orders the following.

Defendant's Motion for Leave to File Amended Answer [filed June 3, 2015; docket #38] and Plaintiff's Proposed Motion to Supplement [filed June 10, 2015; docket #41] are both **denied without prejudice** for failure to comply with D.C. Colo. LCivR 15.1(b).

Plaintiff's Motion for Judicial Notice [filed June 29, 2015; docket #55] is **denied**. Plaintiff fails to provide legal and factual justification for the Court to take judicial notice at this stage of the litigation.

The Court will hear three of the remaining pending motions (*see* dockets ##43, 45, 58) at the previously scheduled hearing to be held on **July l7, 2015, at 1:30 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).