IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00027-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

NATIONWIDE TITLE CLEARING, INC., and
ERIKA LANCE, individually and in her official capacity as employee/supervisor for Nationwide Title Clearing, Inc.,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2015.**

    Plaintiff's Motion for Judicial Notice and Objection Dated July 10, 2015 [filed July 10, 2015; docket #63] is **denied.** As with Plaintiff's last motion for judicial notice (*see* docket #55), which the Court denied on July 9, 2015 (*see* docket #62), Plaintiff fails to provide legal and factual justification for the Court to take judicial notice at this stage of the litigation.

    Also before the Court is Defendant's Motion for Relief from Minute Order (Document 62) Dated July 9, 2015 (*see* docket #64), which essentially is a motion to file an amended answer. The Court will consider this Motion at the hearing already scheduled for July 17, 2015, at 1:30 p.m. in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. As a reminder, the Court will also at that time hear three other remaining pending motions (*see* dockets ##43, 45, 58).