IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00027-MSK-MEH | Date: | July 17, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                      *Counsel:*

R. KIRK MCDONALD                                                  Pro se

    Plaintiff,

v.

NATIONAL TITLE CLEARING INC. ET AL            Thomas Burke

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE AND MOTION HEARING**

---

**Court in session:**   1:42 p.m.

The Court calls case.   Appearances of counsel.

Discussion regarding the status of discovery

**ORDERED:**

[43] MOTION to Alter the Court's Scheduling Order for Defendant's Failure to Conperate [sic] in Discovery by Plaintiff is DENIED AS MOOT.

[45] MOTION for Protective Order by Defendants is DENIED AS MOOT.

[58] MOTION to Stay by Defendants is GRANTED.

[64] Motion for Relief from Minute Order is GRANTED.

[69] Amended MOTION for Judicial Notice Dated July 14, 2015 by Plaintiff is DENIED.

**Court in recess:**   2:23 p.m.

**Court in session:   2:35 p.m.**

Mark Willis made an appearance for Chase Bank regarding a subpoena that they received from the plaintiff.

IT IS FURTHER ORDERED THAT any subpoena issued in this case for discovery purposes is QUASHED in accordance with the stay.

**Court in recess:   2:43 p.m.**  (Hearing concluded)
Total time in court:    00:49

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.