IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00027-MSK-MEH

R. KIRK MCDONALD,

    Plaintiff,

v.

NATIONWIDE TITLE CLEARING, INC., and
ERIKA LANCE, individually and in her official capacity as employee/supervisor for Nationwide Title Clearing, Inc.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 20, 2015.**

    Plaintiff's Motion for Leave to File Surreply [filed August 17, 2015; docket #76] is **granted.** The Clerk of the Court is directed to file Plaintiff's Surreply on the docket (*see* Plaintiff's attachment, docket #76-1).