IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-00027-MSK-MEH

R. KIRK MCDONALD,

        Plaintiff,

v.

NATIONWIDE TITLE CLEARING INC.,
ERIKA LANCE, individually and in her official capacity as employee/supervisor for National Title Clearing Company,

        Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #83**) filed on October 7, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #80**) and granting the Motion to Dismiss (**Doc. #57**) it is

ORDERED that:

The Recommendation of Magistrate Judge Hegarty (**Doc. #80**) is **ADOPTED** in accordance with (**Doc. #83**). The Action is DISMISSED.

The case will be closed.

Dated this 8th day October, 2015.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk
